IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CLAYTON TAYLOR,<br>　　Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICES,<br>LLC, EQUABLE ASCENT FINANCIAL,<br>LLC AND THE RETAIL MERCHANTS<br>ASSOCIATION, INC. d/b/a CREDIT<br>BUREAU OF LOUISIANA f/k/a CREDIT<br>BUREAU OF SHREVEPORT,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:12-CV-263 |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Equable Ascent Financial, LLC, the Defendant herein, by and through its undersigned counsel, to file this Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and would respectfully show the Court as follows:

**I.　　IS THERE A PARENT CORPORATION:**

No.

**II.　　IS THERE ANY PUBLICLY HELD CORPORATION OWNING 10% OR MORE OF STOCK:**

No.

Respectfully submitted,

**BUSH & RAMIREZ, L.L.C.**

*//s// Keith Wier*
W. Keith Wier; SBN: 21436100
Fed. ID No. 7930
5615 Kirby Dr., Suite 900
Houston, Texas 77005
(713) 626-1555 Telephone
(713) 622-8077 Telecopier

**ATTORNEY FOR DEFENDANT,
EQUABLE ASCENT FINANCIAL, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Dennis R. Kurz
WEISBERG & MEYERS, L.L.C.
Two Allen Center
1200 Smith Street, 16th Floor
Houston, TX 77002

*//s// Keith Wier*
Keith Wier