**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CLAYTON TAYLOR, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 4:12-cv-00263 |
| vs. | § | |
| | § | |
| CAVALRY PORTFOLIO SERVICES, | § | |
| LLC, EQUABLE ASCENT FINANCIAL, | § | |
| LLC AND THE RETAIL MERCHANTS | § | |
| ASSOCIATION, INC. D/B/A CREDIT | § | |
| BUREAU OF LOUISIANA F/K/A | § | |
| CREDIT BUREAU OF SHREVEPORT, | § | |
| Defendant | § | |

## NOTICE OF DISMISSAL AS TO DEFENDANT THE RETAIL MERCHANTS ASSOCIATION, INC. D/B/A CREDIT BUREAU OF LOUISIANA F/K/A CREDIT BUREAU OF SHREVEPORT ONLY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS GIVEN** that Plaintiff hereby files with the Clerk of the District Court, Eastern District of Texas, Plaintiff's Notice of Dismissal With Prejudice as to Defendant The Retail Merchants Association, Inc., d/b/a Credit Bureau of Louisiana f/k/a Credit Bureau of Shreveport, ONLY, a copy of which is herewith served upon Defendant.

    Respectfully submitted,

    By: /s/Dennis R. Kurz
    Dennis R. Kurz
    Texas State Bar # 24068183
    WEISBERG & MEYERS, L.L.C.
    Attorney in Charge for Plaintiff

Two Allen Center
1200 Smith Street
16th Floor
Houston, TX 77002
(888) 595-9111 ext. 412
(866) 842-3303 (fax)

## CERTIFICATE OF SERVICE

I certify that on July 30, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court, Eastern District of Texas, Sherman Division using the electronic case filing system of the court.

/s/ Dennis R. Kurz
Dennis R. Kurz