IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CLAYTON TAYLOR, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:12cv263 |
| | § | (Judge Clark/Judge Mazzant) |
| CAVALRY PORTFOLIO SERVICES, LLC, ET AL., | § § § | |
| *Defendants.* | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 21, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that plaintiff Clayton Taylor's Motion to Dismiss Cavalry Portfolio Service, LLC's Counterclaim [Doc. #16] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that plaintiff Clayton Taylor's Motion to Dismiss Cavalry Portfolio Service, LLC's Counterclaim [Doc. #16] is granted, and Cavalry's counterclaim is DISMISSED without prejudice.

So **ORDERED** and **SIGNED** this **17** day of **September, 2012.**

_____
Ron Clark, United States District Judge